Argued April 28, affirmed May 30, 1978

In the Matter of the Dissolution of the Marriage of
GASLIN, nka KLAMPE, *Respondent,*
*and*
GASLIN, *Appellant.*
(No. 41677, CA 9473)
579 P2d 326

Edward L. Daniels, Albany, argued the cause for appellant. With him on the brief was Daniels & Corrigall, Albany.

Frederick L. Decker, Albany, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Affirmed. *See Fulwiler and Fulwiler,* 22 Or App 311, 538 P2d 958 (1975);[1] *State ex rel Gartzke v. Gartzke,* 16 Or App 157, 517 P2d 1071 (1974); *Sarty v. Forney,* 12 Or App 251, 506 P2d 535 (1973). No costs to either party.

---

[1] Counsel for the mother at oral argument conceded that she would be agreeable to the father having overnight visitation consistent with the conditions approved in *Fulwiler and Fulwiler,* 22 Or App 311, 538 P2d 958 (1975).